UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEON JACKSON, #272196,

     *Plaintiff*,

v.

KATHLEEN HORNICK;
GREG CLEMENT;
WILLIAM LEUTZOW;
ERIK JACOBSON; and
JAMES CHIPMAN, *et al.*,

     *Defendant*s.

_____ /

Case No. 2:05-cv-188
HON. R. ALLAN EDGAR

## ORDER

Defendants move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the plaintiff's complaint for failure to state a claim upon which relief can be granted.  [Doc. No. 21]. Defendants contend that plaintiff has not completely exhausted his available administrative remedies as required by 42 U.S.C. § 1997e(a).

Magistrate Judge Timothy P. Greeley has submitted a report and recommendation under 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.1 recommending that the defendants' motion be denied.  [Doc. No. 32].  The parties have not timely filed any objections.  After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b).

Accordingly, the defendants' motion to dismiss the plaintiff's complaint [Doc. No. 21] is

**DENIED**.

       SO ORDERED.


Dated:          6/21/06                               */s/ R. Allan Edgar*
                                                   R. ALLAN EDGAR
                                      UNITED STATES DISTRICT JUDGE